UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CELIA LOPEZ DE GOMEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>CEASARS ENTERTAINMENT CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 2:14-cv-00208-RCJ-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Counsel Erica Loyd and Patrick Kang's Motion to Withdraw (#24), filed on May 20, 2014. Pursuant to Local Rule ("LR") IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." *See* LR IA 10-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 10-6(b) have been met. Erica Loyd and Patrick Kang indicate that they have a conflict of interest and therefore, future representation is impossible. The Court will require that Plaintiff notify the Court by June 20, 2014 as to her intent to proceed pro se or with other representation. Failure to do so may result in dispositive sanctions.

**IT IS HEREBY ORDERED** that Plaintiff's Counsel Erica Loyd and Patrick Kang's Motion to Withdraw (#24) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall notify the Court as to whether she intends to proceed pro se or retain counsel by **June 20, 2014**. Failure to notify the Court as to Plaintiff's representation status may subject her to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to Plaintiff's last known addresses:

1  5741 Blossom View
2  Las Vegas, NV 89142
3          Dated this 21st day of May, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**