# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CELIA LOPEZ DE GOMEZ,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION, *et al.,*<br><br>　　　　　　　Defendants. | 2:14-cv-00208-RCJ-VCF<br><br>**MINUTE ORDER** |

　　　Before the Court are Defendants' Motion for Attorney Fees and Costs Following Plaintiff's Failure to Appear at the Early Neutral Evaluation Held on May 19, 2014 (#28) and Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion for Attorney's Fees and Costs Following Plaintiff's Failure to appear at the Early Neutral Evaluation Held on May 19, 2014 (#30).

　　　On June 17, 2014, the Court held a status conference and parties reached a settlement. The parties were ordered to file the Stipulation and Order for Dismissal by August 18, 2014. (#31).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the Defendants' Motion for Attorney Fees and Costs Following Plaintiff's Failure to Appear at the Early Neutral Evaluation Held on May 19, 2014 (#28) and Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion for Attorney's Fees and Costs Following Plaintiff's Failure to appear at the Early Neutral Evaluation Held on May 19, 2014 (#30) are DENIED without prejudice as MOOT.

　　　DATED this 23rd day of June, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE